IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-423-RLV-DCK

| TAMMY HATLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CITY OF CHARLOTTE, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Extend Discovery, Mediation And Motions Deadlines" (Document No. 13) filed February 2, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Discovery, Mediation And Motions Deadlines" (Document No. 13) is **GRANTED**. The new deadlines are as follows:

| | |
|---|---|
| Discovery Deadline | May 2, 2011 |
| Mediation | May 2, 2011 |
| Dispositive Motions Deadline | June 7, 2011 |

Signed: February 2, 2011

David C. Keesler
United States Magistrate Judge