IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv423

| | |
|---|---|
| TAMMY HATLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | JUDGMENT |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** having come before the court on cross motions for summary judgment, and the court having previously determined that no genuine issue of material fact remained as to the surviving claims, as provided in its Order (#41), but that genuine issues of material fact remained as to the issue of damages sufficient to warrant trial, and the parties having represented to the court that the issue of damages has been amicably resolved in advance of trial,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered in accordance with the Order (#41) of November 28, 2011, and this action is **DISMISSED.**[1]

Signed: May 11, 2012

Max O. Cogburn Jr.
United States District Judge

---

[1] Post judgment, plaintiff may seek taxation of costs as provided in the Federal Rules of Civil Procedure and the Local Civil Rules of this court and an award of fees under 42 U.S.C. § 1988.

-1-

Case 3:10-cv-00423-MOC-DCK   Document 44   Filed 05/11/12   Page 1 of 2