IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-423-MOC-DCK

| | |
|---|---|
| TAMMY HATLEY, | ) |
|     Plaintiff, | ) |
| v. | )   **ORDER** |
| CITY OF CHARLOTTE, | ) |
|     Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion For An Award Of Costs And Attorney Fees" (Document No. 45) filed July 30, 2012. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion. See (Document No. 44 n.1)

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion For An Award Of Costs And Attorney Fees" (Document No. 45) is **GRANTED**.

**IT IS FURTHER ORDERED** that the costs of this action, including attorney fees, be taxed against Defendant City of Charlotte in the amount of $109,635.00 for attorney fees and $1,581.00 in taxable costs.

Signed: July 30, 2012

David C. Keesler
United States Magistrate Judge